SECOND DEPARTMENT, DECEMBER TERM, 1889.

Thomas H. Robbins, Appellant.— Order referring action affirmed, with costs. Opinion by Pratt, J.

John M. Canda and another, Respondents, v. Thomas H. Robbins, Appellant. — Order denying motion to vacate attachment affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Alfred L. Simonson v. Edward L. Schenck.— Affirmed for non-submission of papers according to order.

Thomas A. Fitzsimons, Respondent, v. James McConnell and another, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Julia A. Riley, Administratrix, Respondent, v. Henry Gitterman and another, Appellants.— Judgment affirmed, with costs. Opinion by Pratt, J.

Julia A. Riley, Administratrix, Respondent, v. Henry Gitterman and another, Appellants.— Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of Application of Rosanna F. Anable. Case A.

Matter of Application of Rosanna F. Anable. Case B.

Matter of Application of Eliphalet N. Anable.

Matter of Application of Trustees of Union College.

Matter of Application of James D. McMann.— Above five appeals abide result of Matter of Application of Flower, and each of the orders are reversed, with costs and disbursements and motion denied. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Pauliffe Webber, Respondent, v. Edward C. Hoag, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The Diamond Brick Company, Respondent, v. The New York Central, etc., Railroad Company, Appellant.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Clarence R. Conger, Respondent, v. John Treadway, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Clarence R. Conger, Appellant, v. Woolsey T. Weyant, Respondent.—Judgment for affirmance. Opinion by Pratt, J.; Dykman, J., not sitting.

Elizabeth Greenleaf and another, Respondents, v. The Brooklyn, Flatbush, etc., R. R. Co., Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., dissenting.

Frederic Dolle, Respondent, v. Clark D. Rhinehart, Sheriff, and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Abijah Weston and another, Respondents, v. Lorenz Reich, Appellant.— Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Charles L. Jessup, Respondent, v. John McGarry, Appellant. —Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Will of John W. Gillies, Deceased.— Order affirmed, with costs. Opinion by Barnard, P. J.

John Brown and another, Respondents, v. Ann Chubb and others, Appellants. — Judgment modified, without costs of appeal. Order to be settled by Pratt, J. Opinion by Pratt, J.

James S. Baker, Respondent, v. William H. Secor, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., not sitting.

D. W. Tallmadge, Respondent, v. The Press

Publishing Co., Appellant. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Martha A. Guion, Respondent, v. David T. Williams and others, Executors, Appellants.— Judgment, affirmed, with costs. Order granting allowance affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Adelia Cocks, Appellant, v. Daniel E. Haviland and others, Respondents.—Motion to dismiss appeal denied, with ten dollars costs. Part of decree which reduces annuity reversed, with costs to appellant out of the estate. Opinion by Barnard, P. J.

Benjamin Estes, Respondent, v. The St. Paul, etc, Railroad Company, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Mary Beadleston, Appellant, v. John B. Alley and another, Appellant; United States Trust Co., Respondent — Order reversed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., dissenting.

The People of the State of New York, Appellant, v. Alfred L Simonson and others, Respondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Evelina Banker, Appellant, v. James A. Fisher and others, Respondents.— Order refusing to allow exceptions and judgment affirmed, with costs. Opinion by Dykman, J.

Peter M. Wilson, Respondent, v. Annie F. Darragh and others, Appellants.—Judgment affirmed, with costs. Opinion by Pratt, J.

Annie F. Darragh, Respondent, v. Reuben Ross, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Alice Bartholomew, an Infant, etc., Respondent, v. The Poughkeepsie and Highland Ferry Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

John Ganley, Respondent, v. The Brooklyn City Railroad Company, Appellant. —Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Michael Hellwig, Respondent, v. John H. Blumenberg and another, Appellants.—Judgment affirmed, with costs. Opinion by Pratt, J.

Valeria P. Taylor, Respondent, v. Francis A. Taylor, Appellant.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Stephen B. M. Stokes, Respondent, v. Eleanor Ammerman and others, Appellants.— Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Louis Cordes, Respondent, v. Rosanna Kinney and others, Appellants.—Judgment affirmed, with costs. Opinion by Pratt, J.

Emma L. Greenhalgh, an Infant, etc., Respondent, v. Franz Marggraff, Apellant.—Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

The People of the State of New York ex rel. Thomas M. King, Respondent, v. Reon Barnes, Appellant.— Order and interlocutory orders affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The People of the State of New York ex rel. Thomas M. King, Respondent, v. Reon Barnes, Appellant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Wilhelmina Sterger, Appellant, v. J. Wyckoff Van Siclen, Respondent. –Judgment dismissing complaint affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York, Respondent, v. William Fitzgerald, Appellant.— Conviction and judgment reversed. Opinion by Barnard, P. J.

Theodore F. Jackson and others, Executors,

55h 605
Case 26
66 AD 372